# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | CHAPTER 13 |
| **Christopher S. Friend** : | BANKRUPTCY NO. **25-12750-djb** |
| Debtor : | |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICE FOR NEWTOWN GRANT PHASE 1-T.H. HOMEOWNERS' ASSOCIATION, INC. AKA WHISPERING WOODS

The undersigned hereby enters their appearance for Newtown Grant Phase 1-T.H. Homeowners' Association, Inc. AKA Whispering Woods, and pursuant to Bankruptcy Rules 2002 and 9007, requests that all notices required to be given in this case, as well as any and all other pleadings or notices of any kind, be sent to the undersigned.

Date: July 31, 2025

**Clemons Richter & Reiss, P.C.**
2003 South Easton Road, Suite 300
Doylestown, PA 18901
Tel. (215) 348-1776

_____
Stefan Richter, Esquire
Attorney for Newtown Grant Phase 1-T.H. Homeowners' Association, Inc. AKA Whispering Woods