IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: CHRISTOPHER S. FRIEND,     :    CHAPTER 13
                                  :
           Debtor                 :    BANKRUPTCY NO. 25-12750-djb
                                  :
                                  :

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

        Kindly enter my appearance on behalf of Newtown Bucks County Joint Municipal
Authority and index same on the master mailing list.

                                   Respectfully submitted,
                                   **STUCKERT AND YATES**

Date:   August 28, 2025       By:  _____
                                   Jessica L. VanderKam, Esquire
                                   Attorney for Newtown Bucks County
                                   Joint Municipal Authority
                                   Attorney I.D. 208337
                                   2 North State Street
                                   Newtown, PA 18940
                                   215.968.4700
                                   jvanderkam@stuckertyates.com