**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: Christopher Friend, | Case No. 25-12750-djb |
| *Debtor.* | Chapter 11 |

**Praecipe to Withdraw Document**

To the Clerk of Court:

Please withdraw the Debtor's Amended Plan that was filed at ECF No. 18. Thank

you.

Date: October 21, 2025                    SADEK LAW OFFICES, LLC
                                          *Attorney for Debtor*

                                          By: /s/ Brad J Sadek_____
                                              Brad J Sadek
                                              1500 JFK Boulevard, Suite 220
                                              Philadelphia, PA 19102
                                              215-545-0008
                                              brad@sadeklaw.com