United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-12750-djb |
| Christopher S Friend | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 20, 2025 | Form ID: 155 | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher S Friend, 12 Aspen Ct, Newtown, PA 18940-3217 |
| 15039535 | + | G.H. Harris Associates, Inc, c/o Stephen L. Needles, Esquire, P.O. Box 66, Newtown, PA 18940-0066 |
| 15027760 | + | Gh Harris Associates Inc, 3200 Memorial Hwy Suite 3, Dallas, PA 18612-9208 |
| 15035429 | + | Homeowners' Association, Inc AKA, c/o Stefan Richter, Esquire, Clemon Richter & Reiss, P.C., 2003 South Easton Road, Suite 300, Doylestown, PA 18901-7100 |
| 15027761 | + | Newtown Artesian Water, 201 North Lincoln Avenue, Newtown, PA 18940-2215 |
| 15044709 | + | Newtown Bucks County, c/o Jessica L. VanderKam, Esq., Joint Municipal Authority, 2 North State Street, Newtown, PA 18940-2027 |
| 15044138 | + | Newtown Bucks County Joint Municipal Authority, 15 S. Congress Street, Newtown, PA 18940-1905 |
| 15027762 | + | Newtown-Bucks County Joint Municipal, 15 S Congress Street, Newtown, PA 18940-1905 |
| 15027751 | + | Pennsylvania Office of Attorney General, Attn: Financial Enforcement Section, Strawberry Square, 15th Floor, Harrisburg, PA 17120-0001 |
| 15029972 | + | U.S. Bank Trust Company National Association, c/o Matthew Fissel, Esq, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15035008 | + | Whispering Woods Homeowners Association, c/o Stefan Richter, Esquire, Clemons Richter & Reiss, P.C., 2003 South Easton Road, Suite 300, Doylestown, PA 18901-7100 |
| 15027765 | | Whispering Woods Homeowners Association, WWHOA, P.O. Box 201, Berlin, MD 21811 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15029723 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 21 2025 01:31:47 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15027756 | | Email/Text: bk@avant.com | Nov 21 2025 02:17:00 | Avant/WebBank, 222 N La Salle St, Ste 1600, Chicago, IL 60601-1112 |
| 15027755 | | Email/Text: megan.harper@phila.gov | Nov 21 2025 02:17:00 | City of Philadelphia, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102 |
| 15027757 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 21 2025 01:31:54 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15027758 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 21 2025 02:15:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 15027759 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 21 2025 02:17:00 | Genesis Fs Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 15027748 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 21 2025 02:16:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15041507 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 21 2025 02:16:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15029720 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 21 2025 01:33:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15034762 | + | Email/Text: bankruptcygroup@peco-energy.com | Nov 21 2025 02:16:00 | PECO, 2301 Market St, 04 NW, Philadelphia, PA |

Case 25-12750-djb   Doc 28   Filed 11/22/25   Entered 11/23/25 00:42:02   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 20, 2025 | Form ID: 155 | Total Noticed: 35 |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| 15027763 | + | Email/Text: bankruptcygroup@peco-energy.com | Nov 21 2025 02:16:00 | PECO, Attn: Bankruptcy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 15047755 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 21 2025 01:33:57 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15027749 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 21 2025 02:16:00 | Pennsylvania Department of Revenue, Attn: Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0001 |
| 15027934 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 21 2025 02:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15027752 | ^ | MEBN | Nov 21 2025 01:08:53 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15027754 | + | Email/Text: bankruptcy@philapark.org | Nov 21 2025 02:17:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15029417 | | Email/Text: bnc-quantum@quantum3group.com | Nov 21 2025 02:16:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15041334 | | Email/Text: bnc-quantum@quantum3group.com | Nov 21 2025 02:16:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 15027764 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 21 2025 02:17:00 | Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15031338 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 21 2025 01:31:53 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15027753 | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 21 2025 02:17:00 | U.S. Attorney's Office, 615 Chestnut Street, 12th Floor, Philadelphia, PA 19106-4404 |
| 15051363 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 21 2025 02:17:00 | U.S. Bank Trust Company, at. el, c/o Select Portfolio Servicing, Inc, P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 15027750 | ^ | MEBN | Nov 21 2025 01:08:35 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2025            Signature:        /s/Gustava Winters

Case 25-12750-djb    Doc 28    Filed 11/22/25    Entered 11/23/25 00:42:02    Desc Imaged
                                  Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 20, 2025 | Form ID: 155 | Total Noticed: 35 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Christopher S Friend brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| JESSICA L. VANDERKAM | on behalf of Creditor Newtown Bucks County Municipal Authority jvanderkam@stuckertyates.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Corp bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| STEFAN RICHTER | on behalf of Creditor Whispering Woods Homeowners Association srichter@clemonslaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Christopher S Friend  )  Case No. 25−12750−djb
  )
  )
  Debtor(s).  )  Chapter: 13
  )
  )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: November 20, 2025                                                        For The Court

                                                                                         Derek J Baker
                                                                                         Judge, United States Bankruptcy Court