**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Christopher S Friend <br>        <u>Debtor</u> | CHAPTER 13 |
| U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Corp. 2006-FRE1 Asset Backed Pass-Through Certificates, Series 2006-FRE1 <br>        <u>Moving Party</u> <br>    vs. | NO. 25-12750 DJB <br><br> 11 U.S.C. Section 362 |
| Christopher S Friend <br>        <u>Debtor</u> | |
| Kenneth E. West <br>        <u>Trustee</u> | |

**<u>CONSENT ORDER ON MOTION FOR RELIEF FROM STAY</u>**

1.  The above-styled Motion having been scheduled for a hearing before the Court on March 19, 2026, upon Notice of Motion to each of the above-captioned parties in interest, and it appearing to the Court that the parties consent hereto:

2.  FURTHER IT IS HEREBY ORDERED that the Motion for Relief from Stay is granted, subject to the terms set forth therein and in the Amended Plan.

3.  FURTHER ORDERED that as of February 25, 2026, the post-petition arrearage is as follows, pursuant to the terms of the Note, as set forth in the chart below:

| Number of Missed Payments | From | To | Monthly Missed Principal & Interest | Monthly Missed Escrow (if applicable) | Monthly Payment Amount | Total of Monthly Payments Missed |
|---|---|---|---|---|---|---|
| 5 | November 2025 | March 2026 | $1,094.34 | $847.12 | $1,941.46 | $9,707.30 |
| Less post-petition partial payments (suspense balance) | | | | | ($42.64) | |

**Total: <u>$9,664.66</u>**

4.  This arrearage shall be paid as follows:

    a.  Within seven (7) days of the filing of this Stipulation, Debtor is ordered to pay the total post-petition arrearage totaling a sum **$9,664.66** by amending the Bankruptcy plan.

5.  Regular payments in the amount of **$1,941.46** to be paid on or before **April 1, 2026** and any

additional amount as required or allowed by the Note and Security Instrument. Payments  should be sent to: Select Portfolio Servicing, Inc., Attn: Remittance Processing, P.O. Box  65450, Salt Lake City, UT 84165-0450.

6. FURTHER ORDERED that should Debtor default in payment of any sum specified herein, or in any regular monthly mortgage payments which come due according to Movant's Loan Documents, for the life of the bankruptcy then upon notice of default sent  by first class mail to Debtor and attorney for Debtor, and failure of Debtor to cure such default within **fifteen (15)** days from the date of  receipt of such notice, Movant may file a certification of default, with service upon Debtor, attorney for Debtor and the Trustee, and the Court may enter an Order releasing Movant from the automatic stay, without further notice or hearing.

7. FURTHER ORDERED that in the event relief from the automatic stay is later granted, the Trustee shall cease funding any balance of Movant's claim, and the provisions of Fed. R. Bank. P. 4001(a)(4) may be waived.

8. FURTHER ORDERED that upon completion of any foreclosure sale, any funds in excess of the amount due to Movant and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State Law that would otherwise be payable to the Debtor, shall be paid to the Trustee by the entity receiving the funds from the foreclosure sale for the benefit of the Estate while the Debtor remains in bankruptcy.

Date:    March 6, 2026                         /s/ Matthew Fissel
                                               Matthew Fissel, Esq.
                                               Attorney for Movant


Date:___March 10, 2026_____              /s/ Brad J Sadek
                                               Brad J Sadek
                                               Attorney for Debtor

                                               No Objection - Without Predjudice to Any
                                               Trustee  Rights or Remedies
Date:___March 17, 2026_____              /s/ LeeAne O. Huggins
                                               Kenneth E. West
                                               Chapter 13 Trustee

Approved by the Court this _____ day of _____          __, 2026.  However, the Court retains
discretion regarding entry of any further order.

**Date: March 18, 2026**

_____

Bankruptcy Judge
Derek J. Baker