**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|    Christopher S Friend | : | Chapter 13 |
| | : | Case No.: 25-12750-DJB |
|    Debtor | : | |

## ORDER GRANTING MOTION TO MODIFY PLAN

AND NOW upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. #  35 , the "Motion");

It is hereby ordered that

1)  The Motion is granted; and

2)  The Modified Plan (doc. #  37  ) is approved.

DATE: **April 23, 2026**

_____
DEREK J. BAKER
U.S. BANKRUPTCY JUDGE