United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 25-12750-djb

Christopher S Friend                                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                              User: admin                                  Page 1 of 2

Date Rcvd: Apr 23, 2026                           Form ID: pdf900                             Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2026:**

**Recip ID**                **Recipient Name and Address**
db                    +    Christopher S Friend, 12 Aspen Ct, Newtown, PA 18940-3217

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2026 at the address(es) listed below:**

**Name**                    **Email Address**

BRAD J. SADEK
                            on behalf of Debtor Christopher S Friend brad@sadeklaw.com
                            bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com

JESSICA L. VANDERKAM
                            on behalf of Creditor Newtown Bucks County Municipal Authority jvanderkam@stuckertyates.com

KENNETH E. WEST
                            on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
                            ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL
                            on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Corp bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

District/off: 0313-2                          User: admin                                Page 2 of 2
Date Rcvd: Apr 23, 2026                       Form ID: pdf900                           Total Noticed: 1

STEFAN RICHTER
                    on behalf of Creditor Whispering Woods Homeowners Association srichter@beckerlawyers.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|     Christopher S Friend | : | Chapter 13 |
| | : | Case No.: 25-12750-DJB |
|     Debtor | : | |

## ORDER GRANTING MOTION TO MODIFY PLAN

AND NOW upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. #  35 , the "Motion");

It is hereby ordered that

1)   The Motion is granted; and

2)   The Modified Plan (doc. #  37  ) is approved.

DATE: **April 23, 2026**

_____
DEREK J. BAKER
U.S. BANKRUPTCY JUDGE