United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                        Case No. 25-12750-djb

Christopher S Friend                                                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                    Page 1 of 2

Date Rcvd: Apr 23, 2026                       Form ID: pdf900                                 Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol       Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2026:**

**Recip ID              Recipient Name and Address**
db              +  Christopher S Friend, 12 Aspen Ct, Newtown, PA 18940-3217

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2026 at the address(es) listed below:**

**Name                          Email Address**

BRAD J. SADEK
                              on behalf of Debtor Christopher S Friend brad@sadeklaw.com
                              bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com

JESSICA L. VANDERKAM
                              on behalf of Creditor Newtown Bucks County Municipal Authority jvanderkam@stuckertyates.com

KENNETH E. WEST
                              on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
                              ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL
                              on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Corp bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

District/off: 0313-2                          User: admin                                   Page 2 of 2
Date Rcvd: Apr 23, 2026                       Form ID: pdf900                               Total Noticed: 1

STEFAN RICHTER
                    on behalf of Creditor Whispering Woods Homeowners Association srichter@beckerlawyers.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                     :

      Christopher S Friend        :       Chapter 13

                                :       Case No.: 25-12750-DJB

      Debtor(s)                :

**O R D E R**

    **AND NOW**, upon consideration of the Supplemental Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

    It is hereby **ORDERED** that:

1.  The Application is **GRANTED.**

2.  Compensation is **ALLOWED** in favor of the Applicant in the amount of $1,500.00.

**Dated: April 23, 2026**

_____
HONORABLE DEREK J. BAKER
UNITED STATES BANKRUPTCY JUDGE