**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**CHRISTOPHER S. FRIEND**<br>**Debtor**<br><br>**SELECT PORTFOLIO SERVICING, INC.**<br>**Movant**<br><br>**CHRISTOPHER S. FRIEND**<br>**Debtor/Respondent**<br><br>**KENNETH E. WEST, Esquire**<br>**Trustee/Respondent** | **CASE NO.: 25-12750-djb**<br><br>**CHAPTER 13** |

**<u>MOTION TO APPROVE LOAN MODIFICATION</u>**

Movant, Select Portfolio Servicing Inc. as Servicer for U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE J.P. MORGAN MORTGAGE ACQUISITION CORP. 2006-FRE1 ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-FRE1, by and through its undersigned counsel, files this Motion to Approve Loan Modification, as set forth below:

1. Debtor, Christopher S. Friend ("Debtor"), filed, a Chapter 13 Petition for Relief on July 9, 2025.
2. Debtor is the owner of the property located at 12 Aspen Court, Newtown, PA 18940, (the "Property").
3. Select Portfolio Servicing Inc. as Servicer for U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE

HOLDERS OF THE J.P. MORGAN MORTGAGE ACQUISITION CORP. 2006-FRE1 ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-FRE1, holds a valid lien on the Property by way of a Mortgage in the original principal amount of $262,400.00, which was recorded on October 11, 2005 in Bucks County at Doc ID: 2005135371.

4. Debtor and Select Portfolio Servicing, Inc., have entered into a Loan Modification Agreement. The Loan Modification Agreement is attached hereto as Exhibit "A."
5. Pursuant to the Loan Modification Agreement, Select Portfolio Servicing, Inc. final approval is contingent upon the Bankruptcy's Court approval of the Agreement.
6. Select Portfolio Servicing, Inc., seeks Court approval by way of the within Motion, including an Order stating that approval and recordation (if applicable) of the Loan Modification shall not constitute a violation of the automatic stay.
7. No parties will be prejudiced by approval of this agreement, as it will only benefit both Debtor and Select Portfolio Servicing, Inc.

**WHEREFORE**, Secured Creditor, Select Portfolio Servicing Inc. as Servicer for U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE J.P. MORGAN MORTGAGE ACQUISITION CORP. 2006-FRE1 ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-FRE1, respectfully requests this Honorable Court enter an Order Granting the Motion to Approve Loan Modification, and for any such further relief as this Honorable Court deems just and proper.

Date: August 4, 2026

Respectfully Submitted,

**Robertson, Anschutz, Schneid, Crane & Partners PLLC**
Attorney for Secured Creditor
425 Commerce Drive, Suite 150
Fort Washington, PA 19034
Telephone: (855) 225-6906 ext. 52244
Fax: 404-393-1425
By: /s/ Robert Shearer
Robert Shearer, Esquire
Pennsylvania Bar Number 83745
Email: rshearer@raslg.com

**L.B.F. 9014-3**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| | : | |
| **CHRISTOPHER S. FRIEND** | : | **Bky. No. 25-12750-djb** |
| | : | |
| **Debtor** | : | |

* * * * * * * *

# NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Movant, Select Portfolio Servicing, Inc. as Servicer for U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE J.P. MORGAN MORTGAGE ACQUISITION CORP. 2006-FRE1 ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-FRE1, has filed a Motion to Approve Loan Modification with the court for approval of the Loan Modification Agreement.

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before **August 17, 2026 you or your attorney must file a response to the Motion.**

3. **A hearing on the Motion** is scheduled to be held on **September 3, 2026, at 11:00 A.M.** before **Judge Derek J. Baker** at Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 201, Philadelphia, PA 19107, Courtroom Number #2

4. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408- 2800 and for Reading cases at (610) 208-5040 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

**Filing Instructions**

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1,** you must file your response electronically.

8. **If you are not required to file electronically,** you must file your response at

United States Bankruptcy Court
Eastern District of Pennsylvania
Robert N.C. Nix Sr. Federal Building
900 Market Street, Suite 201
Philadelphia, PA 19107

9. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

Robert Shearer, Esquire
Robertson, Anschutz, Schneid, Crane & Partners PLLC
425 Commerce Drive, Suite 150
Fort Washington, PA 19034
Telephone: (855) 225-6906 ext. 52244
Fax: 404-393-1425
Email: rshearer@raslg.com

Dated: August 4, 2026

**Robertson, Anschutz, Schneid, Crane & Partners PLLC**
Attorney for Secured Creditor
425 Commerce Drive, Suite 150
Fort Washington, PA 19034
Telephone: (855) 225-6906 ext. 52244
Fax: 404-393-1425
By: /s/ Robert Shearer
Robert Shearer, Esquire

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**CHRISTOPHER S. FRIEND**<br>**Debtor**<br><br>**SELECT PORTFOLIO SERVICING, INC.**<br>**Movant**<br><br>**CHRISTOPHER S. FRIEND**<br>**Debtor/Respondent**<br><br>**KENNETH E. WEST, Esquire**<br>**Trustee/Respondent** | **CASE NO.: 25-12750-djb**<br><br>**CHAPTER 13** |

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that on August 4, 2026, I caused copies of the Motion to Approve Loan Modification to be served upon the following by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

Christopher S. Friend
12 Aspen Court
Newtown, PA 18940

Brad J. Sakek, Esq.
Sadek Law Offices, LLC
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102

Kenneth E. West
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Philadelphia, PA 19106

U.S. Trustee
United States Trustee
Office of the United States Trustee
900 Market Street, Suite 320
Philadelphia, PA 19107

Date: August 4, 2026

**Robertson, Anschutz, Schneid, Crane & Partners PLLC**
Attorney for Secured Creditor
425 Commerce Drive, Suite 150
Fort Washington, PA 19034
Telephone: (855) 225-6906 ext.52244
Fax: 404-393-1425
By: /s/ Robert Shearer
Robert Shearer, Esquire
Pennsylvania Bar Number 83745
Email: rshearer@raslg.com