**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:**<br><br>**Christopher S. Friend,**<br>**Debtor,**<br>**Select Portfolio Servicing, Inc.,**<br>**Movant,**<br>**v.**<br>**Christopher S. Friend,**<br>**Debtor/Respondent,**<br>**KENNETH E. WEST,**<br>**Trustee/Respondent.** | **Bankruptcy No. 25-12750-djb**<br><br>**Chapter 13**<br><br>**Related to Document No. 48** |

# CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that the Court’s docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Approve Loan Modification, filed at Docket No. 48 appears thereon. It is hereby respectfully requested that the Order attached to the Movant’s Motion to Approve Loan Modification be entered by the Court.

Dated: September 2, 2026

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorney for Movant
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
By: /s/ Jordan Katz
Jordan Katz, Esquire
PA Bar Number 334053
Email: jkatz@raslg.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:**<br><br>**Christopher S. Friend,**<br>**Debtor,**<br>**Select Portfolio Servicing, Inc.,**<br>**Movant,**<br>**v.**<br>**Christopher S. Friend,**<br>**Debtor/Respondent,**<br>**KENNETH E. WEST,**<br>**Trustee/Respondent.** | **Bankruptcy No. 25-12750-djb**<br><br>**Chapter 13**<br><br>**Related to Document No. 48** |

**CERTIFICATE OF SERVICE OF SELECT PORTFOLIO SERVICING, INC'S. CERTIFICATE OF NO OBJECTION**

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on September 2, 2026, I served copies of the CERTIFICATE OF NO OBJECTION upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

**Service List**

Christopher S. Friend
12 Aspen Court
Newtown, PA 18940

Brad J. Sadek, Esq.
Sadek Law Offices, LLC
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701

Philadelphia, PA 19106

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

Dated: September 2, 2026

**Robertson, Anschutz, Schneid, Crane**
**& Partners, PLLC**
Attorney for Movant
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
By: /s/ Jordan Katz
Jordan Katz, Esquire
PA Bar Number 334053
Email: jkatz@raslg.com