**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**CHRISTOPHER S. FRIEND**<br>**Debtor**<br><br>**SELECT PORTFOLIO SERVICING, INC.**<br>**Movant**<br><br>**CHRISTOPHER S. FRIEND**<br>**Debtor/Respondent**<br><br>**KENNETH E. WEST, Esquire**<br>**Trustee/Respondent** | **CASE NO.: 25-12750-djb**<br><br>**CHAPTER 13** |

**ORDER ON MOTION TO APPROVE**

AND NOW, this ___ day of __________, 2026, it is hereby **ORDERED** that Christopher S. Friend (the "Debtor") and Select Portfolio Servicing Inc. as Servicer for U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE J.P. MORGAN MORTGAGE ACQUISITION CORP. 2006-FRE1 ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-FRE1 (the "Mortgagee") elect to enter into the proposed loan modification under the terms proposed by Mortgagee, the Debtor and Mortgagee may do without there being any violation of the bankruptcy stay, or the provisions of 11 U.S.C. §362.

It is further **ORDERED** that in the event the parties enter into a loan modification, the Debtors shall (1) amend Schedules I and J to reflect any changes as a result of the modification, and (2) file an amended Chapter 13 plan reflecting the modification.

It is further ORDERED that the Mortgagee shall amend their Proof of Claim to reflect the modification and remaining arrearages.

**DATE: September 2, 2026**

____________________________________
Derek J. Baker Bankruptcy Judge

Christopher S. Friend
12 Aspen Court
Newtown, PA 18940

Brad J. Sakek, Esq.
Sadek Law Offices, LLC
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102

Kenneth E. West
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Philadelphia, PA 19106

U.S. Trustee
United States Trustee
Office of the United States Trustee
900 Market Street, Suite 320
Philadelphia, PA 19107